THE STATE OF OHIO, APPELLANT, *v.* ROSENBERG, APPELLEE.

[Cite as *State v. Rosenberg,* 107 Ohio St.3d 1209, 2005-Ohio-6510.]

(No. 2005–0459—Submitted October 12, 2005—Decided December 28, 2005.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, PFEIFER, O'DONNELL and LANZINGER, JJ., concur.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

LUNDBERG STRATTON, J., dissenting.

{¶ 2} For the reasons set forth in my dissenting opinion in *State v. Cummings,* 107 Ohio St.3d 1206, 2005-Ohio-6506, 839 N.E.2d 27, I respectfully dissent.

O'CONNOR, J., concurs in the foregoing dissenting opinion.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Mark J. Mahoney, Assistant Prosecuting Attorney, for appellant.

Thomas Rein, for appellee.